IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| UNITED STATES OF AMERICA | : CRIMINAL NUMBER: 4:21-CR-23 (CDL) |
|---|---|
| v. | : |
| CURTIS PORCH | : |

## PLEA

I, CURTIS PORCH, having been read the charges against me, and having been advised of my Constitutional rights, hereby plead not guilty.

This 16th day of June, 2021.

_____
CURTIS PORCH
DEFENDANT

_____
WILLIAM KENDRICK
ATTORNEY FOR DEFENDANT

_____
MELVIN E. HYDE, JR.
ASSISTANT U.S. ATTORNEY