IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | Case #: 4:21-CR-0023-CDL-MSH001 & 002 |
| | : | |
| CURTIS PORCH and | : | VIOLATIONS: 18 U.S.C § 1342 |
| DEREEN PORCH, | : | 18 U.S.C § 641 |
| | : | |
| Defendants | : | |
| | : | |

## ORDER ON MOTION FOR CONTINUANCE

Defendants **CURTIS PORCH and DEREEN PORCH** have moved the court to continue the pre-trial conference and trial of their cases presently scheduled for a Pre-Trial Conference at 2:00 p.m. on August 4, 2021. The Government does not oppose this motion. Defendants are out on bond.

The Court finds that based on the circumstances outlined in the Motion, it is in the interests of justice to grant said Motion, and that these interests outweigh the interest of the Defendants and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, the Motion for Continuance (Doc. 37) is **GRANTED**, and it is hereby ordered that this case shall be continued until the next trial term, January 2022. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

It is SO ORDERED, this **3rd** day of **August, 2021**.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE